UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM T. BOYD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-CV-1281-RHH |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Petition to Award Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"). (ECF No. 35). Plaintiff requests attorney's fees in the amount of $7,995.00, for 39 hours of attorney time at the rate of $205.00 per hour. Plaintiff attaches an "Assignment of Federal Court EAJA Fee," in which he assigned any court-awarded fee to his attorney, Traci L. Severs. (ECF No. 35-2).

Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, filed a response stating that although Plaintiff requested $7,995.00 in his motion, "[a]fter conferring, Plaintiff's counsel agreed to reduce the request to $7,250.00." (ECF No. 36). She notes, however, that any award of attorney fees is subject to offset to satisfy any preexisting debt Plaintiff owes to the United States. *See Astrue v. Ratliff*, 560 U.S. 586 (2010).

After careful consideration,

**IT IS HEREBY ORDERED that** Plaintiff's Petition to Award Attorney Fees (ECF No. 35) is **GRANTED**.

**IT IS FURTHER ORDERED that** Plaintiff is awarded EAJA attorney fees in the amount of $7,250.00, subject to offset for any preexisting debt that Plaintiff owes to the United States. Defendant shall make the payment in accordance with the conditions set forth in Plaintiff's petition.

Dated this 20th day of June, 2023.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE